IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:

Jonas Areola
MaDina B. Areola

Debtor(s)

Bankruptcy No. 10-52029
Judge A. Benjamin Goldgar
Chapter: 13

**RESPONSE TO THE TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Now comes Ditech Financial LLC FKA Green Tree Servicing LLC ("Creditor"), through it counsel Johnson, Blumberg, & Associates, LLC and in response to the Trustee's Notice of Payment of Final Mortgage Cure, respectfully states as follows:

1. Creditor is the successor-in-interest to GMAC Mortgage and the holder of the first lien on the property located at 2328 S. Robert Court, Round Lake, IL 60073.

2. Creditor agrees with the Trustee's Notice that the Debtors have paid in full the amount required to cure the default on the pre-petition arrears claim.

3. The Debtors are not otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). As of the date of the Trustee's Notice, the Debtors are in default on post-petition payments, summarized as follows:

> Regular monthly mortgage payment due November 1, 2015, 1 payment of $3,115.60
> Less suspense balance of $208.25
> **Total postpetition default:  $2,907.35**

Respectfully Submitted,

/s/ Kenneth W. Bach
Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jonas Areola
MaDina B. Areola
          Debtor(s)

Bankruptcy No. 10-52029
Judge A. Benjamin Goldgar
Chapter: 13

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, certify that I served this Response to the Trustee's Notice of Final Cure Payment by mailing a copy to the parties named below at the addresses listed below by depositing the same in the U.S. Mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on November 24, 2015.

Jonas and MaDina B. Areola, 2328 S. Robert Ct., Round Lake, IL 60073

And delivered by e-mail notification under the court's CM/ECF electronic noticing system on the day e-filed with the court to each entity below:

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Laura Dolores Frye, 1919 Illinois Route 83, Round Lake Beach, IL 60073
Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

                                            /s/ Kenneth W. Bach
                                            Kenneth W. Bach, IL ARDC #6295816